# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1139

_____

| | | |
|---|---|---|
| George W. Ferebee, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jeromey Smith; James Strain; Robert | * | District of South Dakota. |
| Lehmann; Darwin Coy; Jennifer Fox; | * | |
| Jeanie Melton; Mike Anderson; | * | [UNPUBLISHED] |
| Mark Steele; Jesse Sondreal; | * | |
| Michael O'Connor; Steve Hobart; | * | |
| Nicholas Hobart; George Clinton, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 3, 2008
Filed: June 6, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

George Ferebee appeals the district court's[1] grant of summary judgment in favor of defendants in this 42 U.S.C. § 1983 action. Following careful de novo review, we agree that summary judgment was appropriate, see Mann v. Yarnell, 497

_____

[1]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota.

F.3d 822, 825 (8th Cir. 2007) (standard of review), and we find no abuse of discretion with regard to any of the court's rulings involving discovery, see Nolan v. Thompson, 521 F.3d 983, 986 (8th Cir. 2008), attorney fees, see Hayes v. Faulkner County, Ark., 388 F.3d 669, 676 (8th Cir. 2004), or sanctions, see Chi. Truck Drivers, Helpers & Warehouse Workers Union Pension Fund v. Bhd. Labor Leasing, 166 F.3d 1269, 1270 (8th Cir. 1999).

The judgment is affirmed. See 8th Cir. R. 47B. Ferebee's pending motions are denied.

_____